IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Mutuc, Florencio G | Case Number: 07 B 05833 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/27/07 | Filed: 4/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  November 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,950.00 | |
| Secured: |  | 1,844.66 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 105.34 |
| Other Funds: |  | 0.00 |
| Totals: | 1,950.00 | 1,950.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,624.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | AT&T | Secured | 3,625.00 | 374.40 |
| 4. | Toyota Motor Credit Corporatio | Secured | 14,235.00 | 1,470.26 |
| 5. | Washington Mutual Bank FA | Secured | 15,797.87 | 0.00 |
| 6. | Federated Retail Holdings Inc | Unsecured | 65.06 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 692.09 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 958.48 | 0.00 |
| 9. | Capital One | Unsecured | 128.90 | 0.00 |
| 10. | Toyota Motor Credit Corporatio | Unsecured | 43.93 | 0.00 |
| 11. | Capital One | Unsecured | 155.20 | 0.00 |
| 12. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 13. | American General Finance | Unsecured |  | No Claim Filed |
| 14. | Sprint | Unsecured |  | No Claim Filed |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 38,325.53 | $ 1,844.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 105.34 |
|  | _____ |
|  | $ 105.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mutuc, Florencio G | Case Number:  07 B 05833 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/27/07 | Filed:  4/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                *Denise Ashley*